# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

**MICHAEL WAYNE THOMAS, JR.**                                      **PLAINTIFF**
**ADC #611338**

**V.**                          **NO. 2:05CV00119 BD**

**JUANITA MATHIS,** *et al.*                                       **DEFENDANTS**

## JUDGMENT

In accordance with the Court's Order entered this date, Plaintiff's case is hereby DISMISSED WITHOUT PREJUDICE, pursuant to Federal Rule of Civil Procedure 41(a)(1), with each party to bear its own costs and expenses.

IT IS SO ORDERED this 8th day of January, 2008.

_____
UNITED STATES MAGISTRATE JUDGE